UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY NAQUIN, SR. | * | CASE NO. |
| | * | |
| VERSUS | * | SECTION: |
| | * | JUDGE: |
| ELEVATING BOATS, L.L.C. AND | * | MAGISTRATE: |
| TECHCRANE INTERNATIONAL, L.L.C. | * | JUDGE: |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SEAMAN'S COMPLAINT FOR DAMAGES

The Complaint of **LARRY NAQUIN, SR.**, a person of the full age of majority with respect represents:

**I.**

Defendant, **ELEVATING BOATS, L.L.C.**, (hereinafter "**ELEVATING BOATS**") a domestic corporation registered to doing business and doing business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

**II.**

Defendant, **TECHCRANE INTERNATIONAL, L.L.C.**, (hereinafter "**TECHCRANE INTERNATIONAL**") a domestic corporation registered to doing business and doing business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

**III.**

Jurisdiction of this Court is invoked under the Jones Act and General Maritime Law.

**IV.**

On or about November 17, 2009, **LARRY NAQUIN, SR.** was employed by **ELEVATING BOATS** as a Jones Act Seaman assigned to work aboard a fleet of vessels owned, operated and/or controlled by defendant **ELEVATING BOATS.**

**V.**

On or about November 17, 2009, plaintiff **LARRY NAQUIN, SR.** experienced an accident which resulted in serious painful injuries to his foot, ankle, lower back and other parts of his body while employed by **ELEVATING BOATS**.

**VI.**

The aforementioned accident was caused by a defectively improperly designed

manufactured and/or fabricated crane which collapsed when a weld cracked causing the aforementioned injuries to plaintiff.

## VII.

Upon information and belief the aforementioned crane had been designed, fabricated and manufactured by defendant herein **TECHCRANE INTERNATIONAL**.

## VIII.

On information and belief, plaintiff alleges that the sole and proximate cause of the above-described accident was the negligence of **ELEVATING BOATS AND TECHCRANE INTERNATIONAL** in the following, non-exclusive respects:

a) Designing, fabricating and manufacturing a defective crane;

b) Failing to properly test the subject crane including testing of the subject weld(s);

c) Negligently rushing the crane to use after fabrication;

d) Failing to provide plaintiff with a reasonably safe place to work;

e) Failing to provide proper and adequate equipment for the job in question;

f) Failing to take proper means and precautions for the safety of plaintiff; and

g) Other acts of negligence which will be shown at the trial of this matter.

**IX.**

As a direct result of the negligence of the defendants, plaintiff **LARRY NAQUIN, SR.** is entitled to recover from the defendants reasonable and just compensatory, special and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

Past, present and future physical, mental and emotional pain and suffering;

Past, present and future loss of wages, fringe benefits and wage earning capacity;

Past and future physical disability;

Past, present and future medical expenses; and

All other special and general damages as will be shown at the trial of this matter.

**X.**

Pursuant to the General Maritime Law of the United States of America, **ELEVATING BOATS** had and continues to have the absolute and nondelegable duty to provide plaintiff with maintenance and cure benefits from the date that he was rendered unfit for duty until maximum cure is achieved.

**XI.**

As a result of the aforementioned accident, plaintiff was rendered unfit for duty and presently remains unfit and incapable of returning to duty as a seaman.

**XII.**

Therefore, the plaintiff prays for the payment of past, present and future adequate

maintenance benefits as well as past, present and future payment of any and all cure benefits to which plaintiff is entitled. Should defendant **ELEVATING BOATS** fail to honor its maintenance and cure obligation, the plaintiff is entitled to attorney's fees, punitive damages and an additional compensatory award for any acts of negligence on the part of the defendants which would result in a deterioration of the plaintiff's medical condition.

### XIII.

Plaintiff specifically alleges a claim for punitive damages against the defendants herein based upon General Maritime Law. This claim relates not only to any arbitrary and/or unreasonable failure of defendants to pay maintenance and cure benefits but also for any gross negligence of the defendants as may be allowed under General Maritime Law.

### XIV.

Alternatively, and only in the event it is determined that **LARRY NAQUIN, SR.** does not qualify as a Seaman under the Jones Act, plaintiff raises and reserves all claims for benefits (compensation and medical) under the Longshore and Harbor Workers Compensation Act. This claim is being made only in the alternative and only in the event it is ultimately determined that plaintiff's claims against **ELEVATING BOATS** do not fall under the Jones Act.

### XV.

Plaintiff prays for a trial by jury on all issues raised herein.

**WHEREFORE,** plaintiff prays that defendants **ELEVATING BOATS, L.L.C. AND TECHCRANE INTERNATIONAL, L.L.C.** be duly cited to appear and answer this Complaint and after the legal delays and due proceedings had, there be Judgment herein in favor of the plaintiff, **LARRY NAQUIN, SR.** and against the defendants, **ELEVATING BOATS, L.L.C. AND TECHCRANE INTERNATIONAL, L.L.C.** for all damages to which the plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

FURTHERMORE, plaintiff prays that defendant, **ELEVATING BOATS, L.L.C.** be cast in judgment in favor of the plaintiff for past, present and future adequate maintenance benefits as well as past, present and future payment of any and all cure benefits to which plaintiff is entitled by law and penalties and additional damages if applicable.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

Respectfully Submitted,

*s/Timothy J. Young*
TIMOTHY J. YOUNG (22677)
ROBERT J. YOUNG, JR (13763)
JASON MACFETTERS (29617)
The Young Firm
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101

6