UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY NAQUIN, SR. | CIVIL ACTION |
| VERSUS | NUMBER: 10-4320 |
| ELEVATING BOATS, L.L.C., ET AL | SECTION: "J" |

# JUDGMENT

This case came on for jury trial on May 14, 2012 through May 16, 2012 before United States District Judge Carl J. Barbier. Considering the answers of the jury to the interrogatories propounded by the Court at the conclusion of the trial of this matter; and further considering the direction of the Court as to entry of judgment,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff Larry Naquin, Sr., and against Defendant Elevating Boats, L.L.C., in the amount of two million, five hundred sixty thousand dollars ($2,560,000.00), together with interest thereon at the rate provided by law from the date of judgment until satisfied, and Plaintiff's costs in this action.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, in light of this Court's previous Order on September 13, 2011, filed herein, that there be judgment in favor of Defendant, Techrane International, L.L.C., and against Plaintiff, Larry Naquin, Sr., dismissing Plaintiff's claims against Defendant, Techrane International, L.L.C., with

prejudice, and at Plaintiff's cost.

Dated at New Orleans, Louisiana, this 18th day of May, 2012.

UNITED STATES DISTRICT JUDGE