UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY NAQUIN, SR. | * | CASE NO. 10-4320 |
| | * | |
| VERSUS | * | SECTION: C |
| | * | JUDGE CARL J. BARBIER |
| ELEVATING BOATS, L.L.C. AND | * | MAGISTRATE: 4 |
| TECHCRANE INTERNATIONAL, L.L.C. | * | JUDGE KAREN WELLS ROBY |

*************************************************************************

## PLAINTIFF'S ACCEPTANCE OF REMITTITUR

NOW INTO COURT, through undersigned counsel comes plaintiff, LARRY NAQUIN, who hereby notifies the Court that he accepts the remittitur of his past lost wages in the amount of $153,442.00 in lieu of a new trial on such issue.

Respectfully submitted,

___/s/Timothy Young____
TIMOTHY J. YOUNG (22677)
JASON MACFETTERS (29617)
The Young Firm
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by electronic means or depositing same in the U.S. Mail, postage prepaid and properly addressed this 20th day of November, 2012.

_____/s/Timothy Young_____
TIMOTHY YOUNG