**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| LARRY NAQUIN, SR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 10-4320 |
| | * | |
| ELEVATING BOATS, L.L.C., ET AL. | * | SECTION: "J" |

*******************************************************************************

## SECOND AMENDED JUDGMENT

This case came for jury trial on May 14, 2012 through May 16, 2012 before United States District Judge Carl J. Barbier. Considering the answers of the jury to the interrogatories propounded by the Court at the conclusion of the trial of this matter; the direction of the Court as to entry of judgment; the Joint Motion of the Parties to Amend the Court's Judgment **(Rec. Doc. 119)**, and the Joint Motion of the Parties to Amend the Court's Amended Judgment **(Rec. Doc. 162)**,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff Larry Naquin, Sr., and against Defendant Elevating Boats, L.L.C., in the amount of two million, four hundred sixty-three thousand, eight hundred forty-two dollars ($2,463,842), together with interest thereon at the rate provided by law from the date of judgment until satisfied, and Plaintiff's costs in this action.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, in light of this Court's previous Order on September 13, 2011, filed herein, that there be judgment in favor of Defendant, Techcrane International, L.L.C., and against Plaintiff, Larry Naquin, Sr., dismissing Plaintiff's claims against Techcrane International, L.L.C., with prejudice, and at Plaintiff's cost.

Dated at New Orleans, Louisiana, this \_\_\_\_5th_____ day of December, 2012.

_____
United States District Judge